**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  4:20-cr-00712-SRC |
| | ) | |
| COURTNEY CURTIS, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW defense counsel Talmage E. Newton IV, and for and in support of his second motion to withdraw as counsel, and for appointment of new counsel, states as follows:

1.      Since counsel's appointment under the C.J.A. on January 15, 2021, (see DCD_21), irreconcilable differences have arisen in the attorney-client relationship, including a breakdown in effective communication, which prohibit counsel from continuing to represent the Defendant Courtney Curtis.

2.      Counsel and Mr. Curtis have discussed the irreconcilable differences which have arisen in their relationship and are both aware of the recent breakdown in communication. Counsel has advised Mr. Curtis that this motion would be filed today.

3.      Mr. Curtis intends to ask the Court to appoint him new counsel under the Criminal Justice Act.

4.      A CJA-23, completed and executed by Defendant Courtney Curtis, has previously been filed with this Court under seal.

5.      Counsel for the Government has been informed that counsel would be seeking leave to withdraw.

6.      To the extent the Court seeks further explanation regarding the Defendant's request, defense counsel asks that such proceedings occur ex parte so as to not prejudice Mr. Curtis.

WHEREFORE, Counsel respectfully requests that he be granted leave to withdraw as counsel; that the defendant be appointed new counsel under the Criminal Justice Act; and for such further relief as the Court may deem just and proper in the premises.

Respectfully submitted,

NEWTON BARTH, L.L.P

By:      _____
Talmage E. Newton IV, MO56647
talmage@newtonbarth.com
555 Washington Ave., Ste. 420
St. Louis, Missouri 63101
(314) 272-4490 - Office
(314) 762-6710 - Facsimile

Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically served on all parties of record and filed with the court via the court's e-filing System on this 21st day of January, 2021.

_____